UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIHONG YE,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UR M. JADDOU, ET AL.,<br><br>　　　　　Defendants. | No. 2:22-cv-05429-DMG-JEMx<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL [13]**<br><br>Honorable Dolly M. Gee<br>United States District Judge |

　　　Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the action is hereby dismissed with prejudice in its entirety with each party bearing its own costs, fees, and expenses.

　　　SO ORDERED.

Dated:  December 5, 2023

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　HONORABLE DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1